IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENVER JAMES WHITE,

    Plaintiff,

v.                                                                 CIV 08-955 WJ/GBW

MARY TRUJILLO,
ALEJANDRO RAMIREZ, and
CHRIS BARELA,

    Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on May 28, 2009 *(Doc. 36)*. The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's "motion for reconsideration and objections" *(Doc. 26)* is DENIED to the extent that it seeks to add Aramark Management Services, Captain Garcia and Lieutenant Porter as defendants. To the extent that the motion further explains the basis for his mail and legal materials

    claims against the remaining defendants, it will be considered at the appropriate time;

2. Plaintiff's requests for orders and/or to supplement (*Docs. 8, 11, 18, 30*) are DENIED, but his allegations in these pleadings will be considered at the appropriate time and his requests for injunctive relief in these pleadings will be considered among the other demands for relief in his Complaint; and

3. Plaintiff's motion to amend *(Doc. 25)* is DENIED as requested, but is GRANTED insofar as Plaintiff seeks to add a separate demand for nominal damages.

_____
UNITED STATES DISTRICT JUDGE