IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENVER JAMES WHITE,

    Plaintiff,

    v.                                                  No. CV 08-0955 WJ/GBW

DONA ANA COUNTY
DETENTION CENTER, ET AL.

    Defendants.

## ORDER FOR PERSONAL SERVICE

This matter is before the Court *sua sponte*. In this matter, the Court has issued an Amended Order to Show Cause to Defendant Mary Trujillo and Defendant Alejandro Ramirez. *Doc. 63.* As of this time, neither has entered an appearance, and, as such, they may not receive notice of this order without personal service.

IT IS THEREFORE ORDERED that the United States Marshal shall serve the Amended Order to Show Cause (*Doc. 63*) and the Order to Answer (*Doc. 51*) personally on Defendant Mary Trujillo and Defendant Alejandro Ramirez. The service shall be at no cost to the Plaintiff.

_____
UNITED STATES MAGISTRATE JUDGE